**CASE NO. 26-4068**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

\- vs -

**SEDALE JACKSON,**

*Defendant-Appellant.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

---

# MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL

---

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

JUSTIN J. ROBERTS
Assistant Federal Public Defender
Ohio Bar #0086168
10 East Commerce Street
Youngstown, OH 44503
330-746-6399
justin_roberts@fd.org

*Counsel for Defendant-Appellant Sedale Jackson*

Undersigned counsel, pursuant to Federal Rule of Appellate Procedure 27(a), respectfully moves this Honorable Court to withdraw as counsel for the Appellant, Sedale Jackson, and to appoint new counsel to represent him on appeal.

Counsel submits it would be in Mr. Jackson's best interest to have new counsel represent him on appeal. Pursuant to Sixth Circuit Rule 12, counsel is serving a copy of this Motion on Mr. Jackson notifying him that should he wish to respond to this motion, he has 14 days to do so.

Undersigned counsel respectfully requests that this Court allow counsel to withdraw and to appoint new counsel to represent Mr. Jackson in this matter.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 005192

Respectfully submitted,

/s/ Justin J. Roberts
JUSTIN J. ROBERTS
Assistant Federal Public Defender
Ohio Bar #0086168
10 East Commerce Street
Youngstown, OH 44503
330-746-6399
justin_roberts@fd.org

## CERTIFICATE OF SERVICE

I certify that on November 19, 2026. a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy was also sent via regular U.S. Mail to Sedale Jackson, #44559-511, NEOCC, 2240 Hubbard Road, Youngstown, OH 44505. All other parties may access this filing through the Court's system.

*/s/ Justin J. Roberts*
JUSTIN J. ROBERTS

Attorney for Sedale Jackson